# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LUKE YEAGER,

    *Plaintiff*

v.

KAISER ALUMINUM WASHINGTON, LLC., a Delaware limited liability company,

    *Defendant*

Civil Action No. CV-12-360-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Suko on a motion for Summary Judgment, which was granted. Defendant is awarded judgment on all claims asserted against it by Plaintiff.

Date: March 26, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
    *(By) Deputy Clerk*
Cheryl Cambensy